**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gregory Freeman                      CHAPTER 13

              Debtor(s)

                                                   BKY. NO. 18-12236 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                         Respectfully submitted,

                                /s/ *Rebecca Solarz*
                                Rebecca Solarz
                                16 Nov 2020, 15:11:24, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322