**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Gregory Freeman** | : | **Case No.: 18-12236** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

18-010886_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-12236** |
| **Gregory Freeman** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **U.S. Bank National Association, as** : | **Related Document #** |
| **Trustee, for Residential Asset Securities** : | |
| **Corporation, Home Equity Mortgage** : | |
| **Asset-Backed Pass-Through Certificates,** : | |
| **Series 2006-EMX8** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Antoinette Freeman** | |
| **Gregory Freeman** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

   Michael D. Sayles, Attorney for Gregory Freeman, Sayles and Associates, 427 West Cheltenham Avenue, Suite #2, Elkins Park, PA  19027-3201, midusa1@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

   Antoinette Freeman and Gregory Freeman, 6644 N. Lawrence Street, Philadelphia, PA  19126

   Antoinette Freeman and Gregory Freeman, 6644 Lawrence Street N, Philadelphia, PA  19126

18-010886_PS

Bank of America, PO Box 15102, Wilmington, DE 19886-5102

Water Revenue Bureau, Phyllis Chase, Collections Manager, 1401 JFK Blvd., Philadelphai, PA 19102-1663

DATE: <u>March 9, 2021</u>

                                                        /s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-010886_PS