Linville Johnson
ATTORNEY CONTINGENCY FEE AGREEMENT

This retainer agreement is made between Gregory Freeman ("Client") and Linville Johnson & Langdon & Emison, (jointly, "the Attorneys"). Client retains and employs Attorneys to recover compensation for Client's injuries suffered from Zantac. This agreement is intended to bind Client's heirs, death beneficiaries, and Client's estate representative in the event of a death. It does not include Workers Compensation, Americans with Disability Act, or Social Security Disability claims, or any appeals:

It is further understood and agreed as follows:
- **FREE CASE EVALUATION:** Attorneys will evaluate Client's claim at no upfront expense or fee.
- **NO FEES OR EXPENSES UNLESS WE RECOVER FOR YOU:** If there is no recovery, Client will not owe Attorneys anything.
- **ATTORNEYS WILL NOT SUE CLIENT'S DOCTOR(S), THE VA OR THE GOVERNMENT:** Client understands and agrees that the Attorneys will not investigate or pursue a medical malpractice claim or any claim against Client's doctor(s).

**ATTORNEYS' FEE & COSTS:** Client agrees to pay forty percent (40%) of the GROSS settlement or recovery in case of settlement or verdict as a reasonable Attorneys' fee for Attorneys' services. This fee applies regardless of whether the case goes to trial or settles before a lawsuit is filed or trial. It does not include any appeal of a trial verdict or court decision. Client agrees that Attorneys are to be reimbursed for all costs incurred pursuing Client's claim. Attorneys will deduct costs AFTER and in addition to Attorneys' fees. The Attorneys' fees shall be shared as follows: Linville Johnson shall receive 5.00 % & Langdon & Emison, 95.00 %. Client is responsible for all liens, subrogation, medical bills, or other claims asserted by third parties such as Medicare.

**ASSOCIATION OF OTHERS:** Attorneys may employ other Attorneys outside Linville Johnson to help with Client's claims at their discretion. All Attorneys will be jointly responsible for representing Client. Additional Attorneys will not increase the Attorneys' Fee payable by Client. This does not include Attorneys or other professionals to assist with any workers' compensation, estate, bankruptcy, or lien resolution matters.

**STATUTE OF LIMITATIONS:** Client's claims must be brought within a limited time period, called the Statute of Limitations or Repose, or Client's legal rights can be lost or barred forever. Attorneys require at least several months to investigate Client's claims. **Prompt return of this Agreement is very important.** Client assumes the risks associated with and understands, agrees, and consents that the Attorneys shall not be required to pursue the Client's claims, to file a lawsuit, or to take any action to protect against or comply with any Statute of Limitations or Repose, if such limitations period expires within 180 days of the date this signed Agreement is received by the Attorneys or as such longer time as it takes to obtain necessary records and documents from Client and/or third parties such as medical providers.

**TERMINATION OF REPRESENTATION:** Client retains the right to terminate Attorneys at any time, but must provide written notice to Attorneys. However, Client agrees that if Client terminates this agreement without a valid reason, Attorneys shall be entitled, but not limited to, the following: 1) reimbursement for costs spent to date; 2) Attorneys' fees for the work done based on the higher of their Quantum Meruit and 3) a lien may be placed on future proceeds generated by Client's claim.

**LIMITED POWER OF ATTORNEY:** Client authorizes Attorneys to execute documents Attorneys deem necessary or appropriate related to Client's claims.

**CLIENT OBLIGATIONS:** Client agrees to update Attorneys immediately if Client's contact information changes. Client agrees to provide complete and truthful information. Client agrees not to file any lawsuits or claims except through Attorneys or to negotiate or settle claims without Attorneys' knowledge. Client agrees to not share information obtained through Attorneys. Client agrees to preserve all documents and things, including electronic information about Client's claim. If Client filed bankruptcy before, Client will tell Attorneys immediately. If Client decides to file for bankruptcy, Client will inform Attorneys first. Client consents to receive future communications electronically at Attorneys' discretion and at Client's risk. Client will make all social media accounts private. Client will inform Attorneys if anyone asserts any claim to Client's funds. Client agrees Client's claim may be part of a larger number of claims such as an MDL or aggregate settlement.

**COMPLETE AGREEMENT:** Attorneys make no promises or guarantees regarding the outcome. This is the entire agreement. It may be changed only by a writing signed by Attorneys. If any part is or becomes unenforceable, the rest remains valid and enforceable. Any part may be "blue penciled" to make it comport with controlling law if it is invalid. Attorneys' choice to not enforce a provision is not a waiver of the right. All issues regarding this Agreement are governed by Arkansas law. If Client and Attorneys cannot resolve a dispute related to this matter, they will mediate it before a mutually agreeable mediator.

| DocuSigned by: *Gregory Freeman* | Gregory Freeman | 11/10/2020 | 2:55 PM EST |
|---|---|---|---|
| Client Signature | Printed Name | Date | |

1