## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Gregory Freeman** | : | **Case No.: 18-12236** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel

of record for creditor **U.S. Bank National Association, as Trustee, for Residential Asset**

**Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates,**

**Series 2006-EMX8** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and

should not receive future notices in this case.


/s/ Sarah E. Barngrover                              /s/ Adam B. Hall
Sarah E. Barngrover (28840-64)          Adam B. Hall (323867)
Manley Deas Kochalski LLC                 Manley Deas Kochalski LLC
P.O. Box 165028                                   P.O. Box 165028
Columbus, OH  43216-5028                  Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181         614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com           abh@manleydeas.com


18-010886_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-12236** |
| **Gregory Freeman** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as** | : | **Related Document #** |
| **Trustee, for Residential Asset Securities** | : | |
| **Corporation, Home Equity Mortgage** | : | |
| **Asset-Backed Pass-Through Certificates,** | : | |
| **Series 2006-EMX8** | : | |
| Movant, | : | |
| **vs** | : | |
| | : | |
| **Gregory Freeman** | | |
| **Antoinette Freeman** | | |
| | | |
| **William C. Miller** | | |
| Respondents. | | |

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

Michael D. Sayles, Attorney for Gregory Freeman, Sayles and Associates, 427 West
Cheltenham Avenue, Suite #2, Elkins Park, PA  19027-3201, midusa1@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 21,
2021:

Gregory Freeman and Antoinette Freeman, 6644 N. Lawrence Street, Philadelphia, PA  19126

Gregory Freeman and Antoinette Freeman, 6644 Lawrence Street N, Philadelphia, PA  19126

18-010886_PS

DATE: <u>September 21, 2021</u>

<u>/s/ Adam B. Hall</u>

Adam B. Hall, Esquire (323867)

Manley Deas Kochalski LLC

P.O. Box 165028

Columbus, OH  43216-5028

Telephone: 614-220-5611

Fax: 614-627-8181

Attorneys for Creditor

The case attorney for this file is Adam B. Hall.

Contact email is abh@manleydeas.com

18-010886_PS