*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gregory Freeman
    Debtor(s)

Case No: 18–12236–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY \*\*
Motion to Approve AppoIntment of Special Counsel Filed by Gregory Freeman Represented by MICHAEL D. SAYLES

on: 10/12/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/29/21

Timothy B. McGrath
Clerk of Court

128 – 124
Form 167