IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Gregory Freeman** | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **18-12236\mdc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that the Trustee and/or any party of interest has failed to file a responsive pleading, for the record, to Debtor's **Motion to Appoint Special Counsel in Personal Injury Action**

Respectfully Submitted,

Dated: **October 11, 2021**

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215/635-2270