UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Gregory Freeman**           :        CHAPTER:  13
                                      :
                                      :
DEBTOR                                :        BANKRUPTCY NO.: **18-12236\MDC**

# ORDER OF COURT

**AND NOW,** this ____12th____ day of _____October_____ 2021, after notice and hearing, upon consideration of Debtor's Motion to Appoint Special Counsel of Brett A. Emison of the Law Firm Langdon & Emison, LLC.

It is hereby Ordered that the Motion is granted.

By the court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge