UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Gregory Freeman**          :     CHAPTER 13
                                    :
                                    :
DEBTOR                              :     BANKRUPTCY NO.: **18-12236\MDC**

# ORDER OF COURT

**AND NOW**, this ___21st___ day of ___April___ 2022, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge