# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Gregory Freeman                                   Debtor(s) | Case No.:  18-12236 MDC<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of LEX SPECIAL ASSESTS, LLC  in relation to a claim secured by real property commonly known as 6644 Lawrence Street North, Philadelphia, PA  19126 and identified by account number *******6394.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for LEX SPECIAL ASSESTS, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  November 15, 2023                                 POWERS KIRN, LLC

                                                                           By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gregory Freeman<br><br>Debtor(s) | Case No.: 18-12236 MDC<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 15, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

| | |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia PA  19107<br>info@ph13trustee.com<br>Trustee | Michael D. Sayles, Esquire<br>427 West Cheltenham Avenue<br>Elkins Park PA  19027<br>midusa1@comcast.net<br>Attorney for Debtor/Debtors |

Parties served via First-Class Mail:

Gregory Freeman
6644 North Lawrence Street
Philadelphia PA  19126
Debtor

| | |
|---|---|
| Dated:  November 15, 2023 | POWERS KIRN, LLC<br><br>By:  /s/ Jill Manuel-Coughlin_____<br>Jill Manuel-Coughlin, Esq.; Atty ID #63252<br>Harry B. Reese, Esq.; Atty ID #310501<br>Karina Velter, Esq.; Atty ID #94781<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>Phone: 215-942-2090; Fax 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorneys for Creditor/Movant |