Certificate Number: 15111-PAE-DE-039417925

Bankruptcy Case Number: 17-10153



15111-PAE-DE-039417925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2025, at 6:30 o'clock PM EST, Gregory Freeman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 7, 2025

By:  /s/Rafia Yaqoob for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education