*Form 242* (3/23)–doc 165 – 164

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:          ) | |
|    Gregory Freeman          ) | Case No. 18–12236–djb |
|          ) | |
|    Debtor(s).          ) | Chapter: 13 |
|          ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [164] Financial Management Course Certificate

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- [x] Debtor's name does not match case number listed
- [ ] Debtor's name and/or case number (is) are missing
- [ ] Wrong PDF document attached
- [ ] PDF document not legible
- [ ] Electronic Signature missing
- [ ] Landlord information missing and/or proof of service not filed
- [ ] Other:

In order for this matter to proceed, please submit the above noted correction on or before April 30, 2025, otherwise, the matter will be referred to the Court.

Date: April 16, 2025

For The Court

Timothy B. McGrath
Clerk of Court