Certificate Number: 15111-PAE-DE-039567763

Bankruptcy Case Number: 18-12236



15111-PAE-DE-039567763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2025, at 8:49 o'clock PM EDT, Gregory Freeman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 17, 2025             By:    /s/Rafia Yaqoob for Ryan McDonough

                                  Name:  Ryan McDonough

                                  Title: Executive Director of Education