United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12236-djb |
| Gregory Freeman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Freeman, 6644 N. Lawrence Street, Philadelphia, PA 19126-3132 |
| 14084521 | + | AMCA, PO BOX 1235, Elmsford, NY 10523-0935 |
| 14084525 | | Bank of America Home Loans, PO Box 660694, Dallas, TX 75266-0694 |
| 14561654 | + | Bank of America, N.A., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14084526 | | Bureau of Collections & Taxpayer Service, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14084528 | | Chestnut Hill Clinic Company, LLC, PO Box 848959, Boston, MA 02284-8959 |
| 14084541 | | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14084542 | | Drexel University College of Medicine, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 14084543 | + | Einstein Medical Center, c/o Interstate Credit & Collections, 21 West Fornance Street, Norristown, PA 19401-3300 |
| 14084544 | + | Einstein Physicians, PO Box 780003, Philadelphia, PA 19178-0003 |
| 14084547 | + | First National Collection Bureau, PO Box 1259, Oaks, PA 19456-1259 |
| 14084549 | + | Interstate Credit & Collections, 21 West Fornance Street, Suite 200, Norristown, PA 19401-3300 |
| 14118821 | | LEX SPECIAL ASSETS, LLC, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14084550 | | Laboratory Corporation of America, 2610 LaSalle Street, Tampa, FL 33607 |
| 14831596 | + | Lex Special Assets, LLC, c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14084553 | | Lineberger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14084558 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14084560 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14084565 | + | The Eye Institute, 1200 W. Godfrey Avenue, Philadelphia, PA 19141-3323 |
| 14833134 | + | U.S. Bank National Association, C/O Mario Hanyon, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14832815 | | U.S. Bank National Association, PHH Mortgage Services, PO Box 371458, Pittsburgh PA 15250-7458 |
| 14084563 | + | rheumatic disease associates, 2360 maryland road, Willow Grove, PA 19090-1709 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14084520 | | Email/Text: amscbankruptcy@adt.com | Apr 19 2025 00:59:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14084523 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 19 2025 01:12:38 | America's Servicing Company, PO Box 14591, Des Moines, IA 50306-3591 |
| 14084522 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:29 | America's Servicing Company, Correspondences, PO Box 10335, Des Moines, IA 50306-0335 |
| 14084524 | | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Bank of America, PO Box 15102, Wilmington, DE 19886-5102 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 65 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14561581 | ^ MEBN | Apr 19 2025 00:53:15 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14084527 | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 19 2025 00:59:00 | CCS, Payment Processing Center-27, PO Box 55126, Boston, MA 02205-5126 |
| 14084529 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 19 2025 00:58:00 | Citizens Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14084532 | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14084531 | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14084533 | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14242916 | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 14084530 | + Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City & School District of Philadelphia, Law Department-Tax Unit, Municipal Services Building, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14084534 | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, Department of Revenue, PO Box 148, Philadelphia, PA 19105-0148 |
| 14084536 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 19 2025 00:59:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14084537 | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2025 01:02:10 | Credit One Bank, PO Box 80015, Los Angeles, CA 90080-0015 |
| 14084538 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2025 01:02:05 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14084540 | Email/Text: G06041@att.com | Apr 19 2025 00:59:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 14084539 | + Email/Text: G06041@att.com | Apr 19 2025 00:59:00 | DIRECTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 14084545 | + Email/Text: tropiann@einstein.edu | Apr 19 2025 00:59:00 | Einstein Practice Plan, Inc., Olney Office Center, Suite 301, 101 East Olney Avenue, Philadelphia, PA 19120-2470 |
| 14084546 | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 19 2025 00:59:00 | Farmers Insurance Group, c/o Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14084548 | Email/Text: reports@halstedfinancial.com | Apr 19 2025 00:58:00 | Halsted Financial Services,LLC, PO Box 828, Skokie, IL 60076 |
| 14084551 | Email/Text: govtaudits@labcorp.com | Apr 19 2025 00:58:00 | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 14084552 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2025 00:58:00 | Lex Special Assets, LLC, c/o Bank of America, NA, PO Box 31785, Tampa, FL 33631-3785 |
| 14084554 | Email/Text: amps@manleydeas.com | Apr 19 2025 00:58:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 14084555 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 19 2025 01:02:05 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14084556 | + Email/PDF: bankruptcy@ncfsi.com | Apr 19 2025 01:02:12 | New Century Financial Services, 2 Ridgedale Avenue, Suite 104, Cedar Knolls, NJ 07927-1118 |

Case 18-12236-djb   Doc 170   Filed 04/20/25   Entered 04/21/25 00:31:15   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14832882 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 19 2025 00:58:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14084557 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2025 00:58:00 | New Century financial Services, Inc., Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14084559 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14096670 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14084561 | | Email/Text: signed.order@pfwattorneys.com | Apr 19 2025 00:58:00 | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14084562 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 19 2025 00:59:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14084564 | | Email/Text: bankruptcy@td.com | Apr 19 2025 00:59:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 14084566 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 19 2025 00:59:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 14832881 | + | Email/Text: EBN@brockandscott.com | Apr 19 2025 00:58:00 | U.S. Bank National Association ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14084568 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:33 | US Bank NA, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 14084567 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:33 | US Bank NA, c/o America's Servicing Company, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Saint Paul, MN 55121-1663 |
| 14084569 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:33 | US Bank National Association, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14084570 | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14106928 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:29 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 14661664 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:37 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14084571 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 19 2025 01:12:31 | Wells Fargo Bank, NA, 1 Home Campus, ATTN: Payment Processing, Mac#X2302-04C, Des Moines, IA 50328-0001 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14084535 | ##+ | COLLEGE CARDIOLOGY, ONE BALA AVENUE, STE 305, Bala Cynwyd, PA 19004-3207 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 65 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

**Name**            **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor LEX SPECIAL ASSETS  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor LEX SPECIAL ASSETS  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL D. SAYLES
    on behalf of Debtor Gregory Freeman midusa1@comcast.net  midusa1@outlook.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 169 − 161

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Gregory Freeman ) Case No. 18−12236−djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 18, 2025         For The Court

        Timothy B. McGrath
        Clerk of Court