United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-12236-djb

Gregory Freeman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Sep 18, 2025     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Freeman, 6644 N. Lawrence Street, Philadelphia, PA 19126-3132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. Bank National Association as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor LEX SPECIAL ASSETS LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor LEX SPECIAL ASSETS LLC bankruptcy@powerskirn.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 18, 2025 | Form ID: 195 | Total Noticed: 1

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor U.S. Bank National Association  as Trustee, for Residential Asset Securities Corporation, Home Equity
    Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 wbecf@brockandscott.com,
    mario.hanyon@brockandscott.com

MICHAEL D. SAYLES
    on behalf of Debtor Gregory Freeman midusa1@comcast.net  midusa1@outlook.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

STEPHEN R. STARKS
    on behalf of Creditor U.S. Bank Trust Company rstarks@alaw.net  wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Gregory Freeman                                          : Case No. 18−12236−djb

       Debtor(s)

### ORDER
_____

    AND NOW, this day , September 17, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                      By The Court

                                      Derek J Baker
                                      Judge, United States Bankruptcy Court

Form 195